IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS M. MILLAN DIAZ,** | : | Civil No. 1:16-cv-2234 |
| **Plaintiff,** | : | |
| v. | : | |
| **UNITED STATES,** | : | |
| **Defendant.** | : | |
| | : | **Judge Sylvia H. Rambo** |

# O R D E R

Upon the parties' joint request that a settlement conference be scheduled in this matter before Magistrate Judge Martin Carlson (Doc. 17), **IT IS HEREBY ORDERED THAT** this case is referred to Magistrate Judge Carlson to conduct settlement negotiations at the convenience of the parties and the court.

                                                      s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge

Dated: October 30, 2019