# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LUIS MILLAN DIAZ,** | : | Civil No. 1:16-CV-2234 |
| | : | |
| Plaintiff | : | (Judge Rambo) |
| | : | |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 5th day of November 2019 **IT IS HEREBY ORDERED THAT** a settlement conference shall be conducted on **January 22, 2020, at 1:00 p.m.**, in the undersigned chambers 11th Floor, U.S. Courthouse, Harrisburg. All persons having settlement authority <u>shall be present</u> unless approved by the court to be available by telephone on the date and time of the conference.

By **January 17, 2020**, the parties shall submit to the undersigned, *U.S. mail or electronic mail*, at:

Chambers_of_Magistrate_Judge_Martin_Carlson@pamd.uscourts.gov

a brief, concise and confidential settlement memorandum setting forth the parties' assessment of the case, and settlement recommendations.

In addition, by **January 15, 2020,** the parties shall begin the settlement process by exchanging a demand by the plaintiff, and a counter-offer by the defendants. The parties' confidential memoranda should update the Court on the status of these settlement discussions.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge